IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROND R. McBRIDE : CIVIL ACTION
[KX4991] :
:
:
v. :
:
:
WARDEN JOHN REILLY, et al. : NO. 13-713

## ORDER

AND NOW, this 15th day of October, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. The Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is **DENIED AND DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.